**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
**FIRST AMENDED PLAN**

DEBTOR: Pedro I. Abreu          JOINT DEBTOR: Olga Abreu    CASE NO.: 12-37230 LMI

Last Four Digits of SS# 9222          Last Four Digits of SS# 7107

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
   A.     $ 774.18 for months 1 to 60; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 3,650.00  TOTAL PAID $1,600.00.
             Balance Due     $ 2,050.00 payable $120.59 /month (Months 1 to 17)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Jorge A. Sibila                              Payoff on Petition Date $30,401.50 at 4.75%=$34,214.30
Address: 2246 SW 1st Street, Miami, FL 33135     Payment   $ 570.24 /month (Months 1 to 60)


**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| NONE | $ | % | $ | ___ To | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. NONE                      Total Due $
                             Payable  $_____/month (Months___ to ___) Regular Payment $
Unsecured Creditors: Pay $ 5.93 /month (Months 1 to 17); Pay $126.52 (Months 18 to 60)
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: The debtors will provide copies of their income tax returns to the Chapter 13 Trustee on or before May 15 during the pendency of the plan. The debtors will amend Schedule I and J and modify the plan if necessary.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/Robert Sanchez, Esq.                    /s/ Robert Sanchez, Esq.
Debtor                                     Joint Debtor
Date: 4/11/13                              Date: 4/11/13

LF-31 (rev. 01/08/10)